# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amount |
|------|--------|-----------|------------|--------|
| **Four Year Transfers** | | | | |
| 09/22/2016 | Einstein Sport | 1116* | Brian Mogensen | 50,000.00 |
| 3/30/2017 | ESA Ltd. | 8097 * | Brian Mogensen | 50,000.00 |
| 4/21/2017 | ESA Ltd. | 8132 | Brian Mogensen | 112,500.00 |
| 8/7/2017 | ESA Ltd. | 8272 | Brian Mogensen | 801.88 |
| 8/7/2017 | ESA Ltd. | 8271 | Brian Mogensen | 2,001.89 |
| 8/7/2017 | ESA Ltd. | 8270 | Brian Mogensen | 2,001.89 |
| 08/28/2017 | ESA Ltd. | 2037 | Brian Mogensen | 1,601.94 |
| 08/28/2017 | ESA Ltd. | 2003 | Brian Mogensen | 2,001.95 |
| 08/28/2017 | ESA Ltd. | 2001 | Brian Mogensen | 2,001.95 |
| 09/06/2017 | ESA Ltd. | 2019 | Brian Mogensen | 3,201.94 |
| 09/06/2017 | ESA Ltd. | 2018 | Brian Mogensen | 2,001.95 |
| 09/06/2017 | ESA Ltd. | 2016 | Brian Mogensen | 8,001.91 |
| 09/06/2017 | ESA Ltd. | 2015* | Brian Mogensen | 3,201.97 |
| 09/11/2017 | ESA Ltd. | 2046 | Brian Mogensen | 2,001.95 |
| 09/11/2017 | ESA Ltd. | 2045 | Brian Mogensen | 2,001.98 |
| 09/11/2017 | ESA Ltd. | 2039 | Brian Mogensen | 800.73 |
| 09/19/2017 | ESA Ltd. | 2065 | Brian Mogensen | 401.01 |
| 09/19/2017 | ESA Ltd. | 2064 | Brian Mogensen | 401.01 |
| 09/19/2017 | ESA Ltd. | 2056 | Brian Mogensen | 240.50 |
| 09/19/2017 | ESA Ltd. | 2051 | Brian Mogensen | 401.01 |
| 09/25/2017 | ESA Ltd. | 2121 | Brian Mogensen | 802.03 |
| 09/25/2017 | ESA Ltd. | 2120 | Brian Mogensen | 802.03 |
| 09/25/2017 | ESA Ltd. | 2119 | Brian Mogensen | 802.04 |
| 09/25/2017 | ESA Ltd. | 2118 | Brian Mogensen | 802.02 |
| 09/25/2017 | ESA Ltd. | 2116 | Brian Mogensen | 802.04 |
| 09/25/2017 | ESA Ltd. | 2115 | Brian Mogensen | 400.00 |
| 09/25/2017 | ESA Ltd. | 2114 | Brian Mogensen | 400.00 |
| 09/25/2017 | ESA Ltd. | 2113 | Brian Mogensen | 400.00 |
| 09/25/2017 | ESA Ltd. | 2110 | Brian Mogensen | 8,001.95 |
| 09/25/2017 | ESA Ltd. | 2107 | Brian Mogensen | 802.02 |
| 10/03/2017 | ESA Ltd. | 2087* | Brian Mogensen | 401.94 |
| 10/16/2017 | ESA Ltd. | 2145 | Brian Mogensen | 2,002.06 |
| 10/16/2017 | ESA Ltd. | 2143 | Brian Mogensen | 2,000.00 |
| 10/24/2017 | ESA Ltd. | 2161 | Brian Mogensen | 2,002.09 |
| 10/24/2017 | ESA Ltd. | 2157 | Brian Mogensen | 1,202.04 |
| 11/01/2017 | ESA Ltd. | 2174 | Brian Mogensen | 100,000.00 |
| 11/02/2017 | ESA Ltd. | 2193 | Brian Mogensen | 2,000.89 |
| 11/02/2017 | ESA Ltd. | 2186 | Brian Mogensen | 81.74 |
| 11/24/2017 | ESA Ltd. | 2221* | Brian Mogensen | 2,002.14 |
| 11/24/2017 | ESA Ltd. | 2217 | Brian Mogensen | 6,000.98 |
| 11/24/2017 | ESA Ltd. | 2213 | Brian Mogensen | 500.53 |

| Date | Debtor | Check No. | Transferee | Amount |
|------|--------|-----------|------------|--------|
| 12/07/2017 | ESA Ltd. | 2285 | Brian Mogensen | 2,002.14 |
| 12/08/2017 | ESA Ltd. | 2233 | Brian Mogensen | 2,002.14 |
| **Two Year Transfers** | | | | |
| 12/26/2017 | ESA Ltd. | 2277 | Brian Mogensen | 2,001.87 |
| 12/26/2017 | ESA Ltd. | 2276 | Brian Mogensen | 2,001.90 |
| 12/26/2017 | ESA Ltd. | 2275 | Brian Mogensen | 2,002.17 |
| 12/26/2017 | ESA Ltd. | 2274* | Brian Mogensen | 500.54 |
| 12/27/2017 | ESA Ltd. | Cashier's Check ending in 7778 | Brian Mogensen | 2,000.00 |
| 01/04/2018 | ESA Ltd. | 2710 | Brian Mogensen | 2,002.18 |
| 01/04/2018 | ESA Ltd. | 2709 | Brian Mogensen | 2,002.18 |
| 01/11/2018 | ESA Ltd. | 2727 | Brian Mogensen | 8,002.14 |
| **Two Year Transfers SUBTOTAL** | | | | **20,512.98** |
| **Four Year Transfers TOTAL** | | | | **402,293.26** |

| Date | Debtor | Check No. | Payee/Payor | Amount |
|---|---|---|---|---|
| **Four Year Transfers** | | | | |
| 8/1/2017 | ESA Ltd. | 8257 * | Mogensen Steel Erectors Inc. | 400.93 |
| 8/1/2017 | ESA Ltd. | 8255 | Mogensen Steel Erectors Inc. | 801.86 |
| 8/1/2017 | ESA Ltd. | 8254 | Mogensen Steel Erectors Inc. | 2,001.62 |
| **Two Year Transfers** | | | | |
| 01/24/2018 | ESA Ltd. | 2748 | Mogensen Steel Erectors Inc. | 2,002.19 |
| 02/21/2018 | ESA Ltd. | 2771 | Mogensen Steel Erectors Inc. | 356.00 |
| 2/22/2018 | ESA Ltd. | 2794 | Mogensen Steel Erectors Inc. | 802.22 |
| 2/22/2018 | ESA Ltd. | 2793 | Mogensen Steel Erectors Inc. | 1,202.22 |
| 2/22/2018 | ESA Ltd. | 2786 | Mogensen Steel Erectors Inc. | 2,002.22 |
| 03/15/2018 | ESA Ltd. | 2822 | Mogensen Steel Erectors Inc. | 8,001.94 |
| 03/15/2018 | ESA Ltd. | 2821 | Mogensen Steel Erectors Inc. | 2,002.23 |
| 04/19/2018 | ESA Ltd. | 2917 | Mogensen Steel Erectors Inc. | 2,000.00 |
| 5/3/2018 | ESA Ltd. | 2933 | Mogensen Steel Erectors Inc. | 2,002.26 |
| 5/3/2018 | ESA Ltd. | 2932 | Mogensen Steel Erectors Inc. | 8,000.00 |
| 5/3/2018 | ESA Ltd. | 2931 | Mogensen Steel Erectors Inc. | 2,002.26 |
| 05/09/2018 | ESA Ltd. | 2946 | Mogensen Steel Erectors Inc. | 1,282.27 |
| 05/16/2018 | ESA Ltd. | 2975 | Mogensen Steel Erectors Inc. | 500.00 |
| 05/16/2018 | ESA Ltd. | 2970 | Mogensen Steel Erectors Inc. | 500.57 |
| 05/31/2018 | ESA Ltd. | 3000 * | Mogensen Steel Erectors Inc. | 4,002.22 |
| 06/07/2018 | ESA Ltd. | 3016 | Mogensen Steel Erectors Inc. | 500.00 |
| 06/07/2018 | ESA Ltd. | 3015 | Mogensen Steel Erectors Inc. | 1,602.30 |
| 06/07/2018 | ESA Ltd. | 3014 | Mogensen Steel Erectors Inc. | 2,000.00 |
| 06/07/2018 | ESA Ltd. | 3013 | Mogensen Steel Erectors Inc. | 400.00 |
| 07/03/2018 | ESA Ltd. | 3133 | Mogensen Steel Erectors Inc. | 100.00 |
| 07/03/2018 | ESA Ltd. | 3126 | Mogensen Steel Erectors Inc. | 58,001.89 |
| 07/03/2018 | ESA Ltd. | 3112 | Mogensen Steel Erectors Inc. | 2,000.00 |
| 07/03/2018 | ESA Ltd. | 3110 | Mogensen Steel Erectors Inc. | 400.00 |
| 07/03/2018 | ESA Ltd. | 3109 | Mogensen Steel Erectors Inc. | 3,361.08 |
| 08/06/2018 | ESA Ltd. | 3156 | Mogensen Steel Erectors Inc. | 548.32 |
| 08/06/2018 | ESA Ltd. | 3153 | Mogensen Steel Erectors Inc. | 235.28 |
| 08/06/2018 | ESA Ltd. | 3151 | Mogensen Steel Erectors Inc. | 700.53 |
| 08/13/2018 | ESA Ltd. | 3231 | Mogensen Steel Erectors Inc. | 1,000.00 |
| 08/13/2018 | ESA Ltd. | 3229 | Mogensen Steel Erectors Inc. | 400.00 |
| 08/13/2018 | ESA Ltd. | 3223 | Mogensen Steel Erectors Inc. | 200.00 |
| 08/31/2018 | ESA Ltd. | 3263 | Mogensen Steel Erectors Inc. | 2,002.35 |
| 09/07/2018 | ESA Ltd. | 3280 | Mogensen Steel Erectors Inc. | 401.18 |
| 09/07/2018 | ESA Ltd. | 3278 | Mogensen Steel Erectors Inc. | 2,002.35 |
| 09/14/2018 | ESA Ltd. | 3293 | Mogensen Steel Erectors Inc. | 2,001.98 |
| 10/05/2018 | ESA Ltd. | 3345 | Mogensen Steel Erectors Inc. | 1,000.00 |
| 10/11/2018 | ESA Ltd. | 3357 | Mogensen Steel Erectors Inc. | 2,002.14 |
| 10/17/2018 | ESA Ltd. | 3388 | Mogensen Steel Erectors Inc. | 1,000.53 |

| Date | Debtor | Check No. | Payee/Payor | Amount |
|---|---|---|---|---|
| 10/17/2018 | ESA Ltd. | 3385 | Mogensen Steel Erectors Inc. | 2,002.38 |
| 10/17/2018 | ESA Ltd. | 3384 | Mogensen Steel Erectors Inc. | 2,002.14 |
| 10/25/2018 | ESA Ltd. | 3403 | Mogensen Steel Erectors Inc. | 1,000.00 |
| 11/02/2018 | ESA Ltd. | 3418 | Mogensen Steel Erectors Inc. | 1,000.59 |
| 11/07/2018 | ESA Ltd. | 3425 | Mogensen Steel Erectors Inc. | 750.89 |
| 11/07/2018 | ESA Ltd. | 3423 | Mogensen Steel Erectors Inc. | 2,002.38 |
| 11/26/2018 | ESA Ltd. | 3480 | Mogensen Steel Erectors Inc. | 2,252.68 |
| 12/18/2018 | ESA Ltd. | 3518 | Mogensen Steel Erectors Inc. | 400.00 |
| 12/18/2018 | ESA Ltd. | 3516 | Mogensen Steel Erectors Inc. | 375.45 |
| 12/20/2018 | ESA Ltd. | 3554 | Mogensen Steel Erectors Inc. | 2,002.42 |
| 12/20/2018 | ESA Ltd. | 3553 | Mogensen Steel Erectors Inc. | 375.45 |
| 01/02/2019 | ESA Ltd. | 3577 * | Mogensen Steel Erectors Inc. | 30,000.00 |
| 01/02/2019 | ESA Ltd. | 3575 | Mogensen Steel Erectors Inc. | 802.42 |
| 01/02/2019 | ESA Ltd. | 3573 * | Mogensen Steel Erectors Inc. | 1,000.00 |
| 01/02/2019 | ESA Ltd. | 3567 * | Mogensen Steel Erectors Inc. | 802.42 |
| 01/02/2019 | ESA Ltd. | 3565 | Mogensen Steel Erectors Inc. | 2,002.41 |
| 01/02/2019 | ESA Ltd. | 3564 * | Mogensen Steel Erectors Inc. | 802.41 |
| 01/10/2019 | ESA Ltd. | 3584 | Mogensen Steel Erectors Inc. | 100.30 |
| 01/10/2019 | ESA Ltd. | 3583 | Mogensen Steel Erectors Inc. | 125.00 |
| 01/10/2019 | ESA Ltd. | 3582 | Mogensen Steel Erectors Inc. | 100.30 |
| 01/10/2019 | ESA Ltd. | 3581 | Mogensen Steel Erectors Inc. | 250.30 |
| 01/10/2019 | ESA Ltd. | 3580 | Mogensen Steel Erectors Inc. | 100.30 |
| 01/10/2019 | ESA Ltd. | 3579 | Mogensen Steel Erectors Inc. | 250.30 |
| 01/31/2019 | ESA Ltd. | 3665 * | Mogensen Steel Erectors Inc. | 750.40 |
| 01/31/2019 | ESA Ltd. | 3663 * | Mogensen Steel Erectors Inc. | 1,682.38 |
| 02/07/2019 | ESA Ltd. | 3695 | Mogensen Steel Erectors Inc. | 375.40 |
| 02/07/2019 | ESA Ltd. | 3692 | Mogensen Steel Erectors Inc. | 375.45 |
| 02/07/2019 | ESA Ltd. | 3688 * | Mogensen Steel Erectors Inc. | 1,350.00 |
| 02/15/2019 | ESA Ltd. | 3734 | Mogensen Steel Erectors Inc. | 1,001.22 |
| 02/15/2019 | ESA Ltd. | 3725 | Mogensen Steel Erectors Inc. | 2,251.34 |
| 03/04/2019 | ESA Ltd. | 3862* | Mogensen Steel Erectors | 11.25 |
| 03/04/2019 | ESA Ltd. | 3860 | Mogensen Steel Erectors | 22.50 |
| 03/04/2019 | ESA Ltd. | 3858 | Mogensen Steel Erectors | 67.50 |
| 03/04/2019 | ESA Ltd. | 3848 | Mogensen Steel Erectors | 30.00 |
| 03/04/2019 | ESA Ltd. | 3816 | Mogensen Steel Erectors | 1,001.22 |
| **Two Year Transfers SUBTOTAL** | | | | **177,937.73** |
| **Four Year Transfers TOTAL** | | | | **181,142.14** |