Joseph E. Sarachek, (NY Bar No. 2163228) *pro hac vice*
Zachary E. Mazur, (NY Bar No. 5706726) *pro hac vice*
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
joe@saracheklawfirm.com, (646) 517-5420
zachary@saracheklawfirm.com (646) 519-4396
*Special Litigation Counsel for Lenard E. Schwartzer, Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WELSCORP, INC.<br><br>Debtor.<br><br>☐ Affects Einstein Sports Advisory Ltd.<br>☐ Affects QSA LLC<br>☐ Affects Wellington Sports Club, LLC<br>☐ Affects Welscorp, Inc.<br>☒ Affects All Debtors | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL with:**<br><br>Case No. BK-S-20-11597-ABL<br>Case No. BK-S-20-11211-ABL<br>Case No. BK-S-20-11215-ABL<br><br>Chapter 7 |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN MOGENSEN and MOGENSEN STEEL ERECTORS, INC.<br><br>Defendants. | **ADVERSARY PROCEEDING**<br><br>Case No. 21-01179-ABL |

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

STATE OF NEW YORK          )
                           )    ss:
COUNTY OF WESTCHESTER      )

I, Zachary E. Mazur, Esq., under oath and under penalty of perjury declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York.

1

1. On January 8, 2021, this Court granted my "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court." [Lead Case, Dkt. no. 134]. I am an attorney with Sarachek Law Firm, which was approved by this court to serve as Special Litigation Counsel for Lenard E. Schwartzer, Chapter 7 Trustee of the above-captioned bankruptcy matter. [Lead Case, Dkt. no. 112].

2. I have personal knowledge of the facts set forth herein.

3. On March 15, 2022 in the docket of the above-entitled Court action, Judgment was entered in favor of Lenard E. Schwartzer, Chapter 7 Trustee, as Judgment Creditor, and against Mogensen Steel Erectors, Inc., as Judgment Debtor in the aggregate amount of $181,142.14 plus statutory interest from the date of entry of the Judgment.

4. I am attorney for said Judgment Creditor, and I hereby request issuance of a Writ of Execution of the Judgment using the form enclosed herein as **Exhibit 1**.

5. ACCRUED since the entry of Judgment are the following sums:

$0.00 accrued interest on attorney's fees and costs, computed at 0.0% per annum.

$0.00 accrued costs and fees.

$1,754.60 accrued interest from the date of entry of judgment (March 15, 2022).

6. The Judgment was not appealed or stayed, is valid and enforceable.

7. As of January 19, 2023, $0.00 of the Judgment has been satisfied and $184,651.34 of the Judgment remains due and owing.

I declare under penalty of perjury under the laws of Nevada and the United States that the foregoing is true and correct.

/s/ Zachary Mazur
Zachary E. Mazur, Esq.

Sworn before me this
19th day of January, 2023.

/s/ Paul J. Combe
Notary Public, State of New York, No. 01CO6433498
Westchester County, Commission Expires May 16, 2026