NVB 7069 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–19–18056–abl |
| | CHAPTER 7 |
| WELSCORP, INC. , | |
| Debtor(s) | Adversary Proceeding: 21–01179–abl |
| | |
| LENARD E. SCHWARTZER | NOTICE OF DEFICIENCY |
| Plaintiff(s) | REGARDING AFFIDAVIT AND |
| | REQUEST FOR ISSUANCE |
| vs | OF WRIT OF EXECUTION |
| BRIAN MOGENSEN | |
| MOGENSEN STEEL ERECTORS, INC. | |
| Defendant(s) | |

**NOTICE IS GIVEN** that the Clerk cannot issue the Writ of Execution until the noted deficiencies are cured.

The Affidavit and Request for Issuance of Writ of Execution is deficient for the following reason(s):

    *    Other:  Incorrect Case Caption on Writ of Execution

Dated: 2/12/26

Dan Owens
Clerk of Court