Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee of Judgment Creditor, In Pro Per

RECEIVED
AND FILED

FEB 27 2026

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL<br>Chapter 7** |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br>Plaintiff,<br>vs.<br>BRIAN MOGENSEN and MOGENSEN STEEL ERECTORS, INC.<br>Defendants. | **ADVERSARY PROCEEDING**<br>Case No. 21-01179-ABL<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

State of: California    County of: Orange
*(Unsworn declaration pursuant to 28 U.S.C. § 1746 — no notary required)*
I, Russell J. Singer hereby state under penalty of perjury that,

1. Judgment for $402,293.26 against Brian Mogensen, and Judgment for $181,142.14 against Mogensen Steel Erectors, Inc., a Nevada corporation, were entered March 15, 2022, in the U.S. Bankruptcy Court, District of Nevada, in favor of Lenard E. Schwartzer, Chapter 7 Trustee, as Judgment Creditor. The assignment of these judgments includes all rights of execution and collection.

The judgment has not been satisfied, stayed, or vacated, and remains wholly enforceable.

2. The judgment was assigned to the undersigned, who is the assignee of the Judgment Creditor and the current lawful holder of the judgment with full rights of enforcement.

3. I am the assignee of the Judgment Creditor and request issuance of a Writ of Execution in favor of Lenard E. Schwartzer, Chapter 7 Trustee. The Writ is sought against all non-exempt property of the Judgment Debtors.

4. ACCRUED as of February 26, 2026 (1,443 days from date of entry):
   $ 27,909.47    post-judgment interest at 1.21% per annum pursuant to 28 U.S.C. § 1961, accruing from the date of entry of each judgment daily until satisfied.

   *Per diem: $13.34/day (Mogensen) + $6.00/day (Steel) = $19.34/day combined.*

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION    PAGE 1 OF 2

*Per diem provided for convenience; payoff calculated at statutory rate through date of levy.*

$    0.00    accrued costs.

*Additional costs may be added pursuant to 28 U.S.C. § 1920 and Rule 54(d).*

**5.** All amounts are calculated as of the date of execution of this affidavit.

The total amount currently due, exclusive of future accruing interest and enforcement costs, broken out per debtor:

| | |
|---|---|
| Amount due Brian Mogensen ($402,293.26 + $19,244.28 interest): | $421,537.54 |
| Amount due Mogensen Steel Erectors, Inc. ($181,142.14 + $8,665.19): | $189,807.33 |
| Credit for payments/satisfaction: | $    0.00 |
| **Net Balance Due:** | **$611,344.87** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am competent to testify to these matters.

Executed at Laguna Beach, California, this 26TH day of February, 2026.

*/s/ Russell J. Singer*

**RUSSELL J. SINGER**
Assignee of Judgment Creditor, In Pro Per

The Clerk is requested to issue the Writ of Execution in favor of
Lenard E. Schwartzer, Chapter 7 Trustee.

Russell J. Singer
PO Box 485
Laguna Beach, CA 92652
Telephone: 949-280-4336
russell@adobejudgmentcollections.com
Assignee / Judgment Creditor, In Pro Per
NVB 7064-1 (Rev. 4/25)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re<br>   WELSCORP, INC.<br>      Debtor. | Case No. BK-S-19-18056-ABL (**Lead Case**)<br><br>**Consolidated under BK-S-19-18056-ABL<br>Chapter 7** |
|---|---|
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br>      Plaintiff,<br>      vs.<br>BRIAN MOGENSEN and MOGENSEN STEEL ERECTORS, INC.<br>      Defendants. | **ADVERSARY PROCEEDING**<br>Case No. 21-01179-ABL<br><br>**WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:**

On March 15, 2022 a judgment was entered in the docket of the above-titled Court and action in favor of Lenard E. Schwartzer, Chapter 7 Trustee, as Judgment Creditor, now assigned of record to Russell J. Singer, and against Brian Mogensen and Mogensen Steel Erectors, Inc., as Judgment Debtors, for:

| | |
|---|---|
| $402,293.26 | Principal (Brian Mogensen) |
| $181,142.14 | Principal (Mogensen Steel Erectors, Inc.) |
| $0.00 | Attorney Fees |
| $0.00 | Interest, and |
| $0.00 | costs, making a total of |
| **$583,435.40** | **JUDGMENT AS ENTERED** |

WHEREAS, according to an affidavit and request for issuance of writ of execution filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

| | |
|---|---|
| $19,244.28 | Accrued interest (Brian Mogensen), and |
| $8,665.19 | Accrued interest (Mogensen Steel Erectors, Inc.), and |
| $0.00 | Accrued costs and fees, making a total of |
| **$27,909.47** | **ACCRUED INTEREST, COSTS AND FEES** |

Credit must be given for payments and partial satisfaction in the amount of:

$0.00 Which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of

**$611,344.87 ACTUALLY DUE as calculated in the supporting declaration, plus daily accrual thereafter, of which**
*(Clerk to Complete)*

$402,293.26 is due on the Judgment as entered (Brian Mogensen), and bears interest pursuant to 28 U.S.C. §1961 at 1.21% per annum, in the amount of $13.34 per day, from the date of judgment and continuing thereafter through the date of levy, to which must be added the accrued costs and fees and the fees and expenses of the U.S. Marshal executing this writ.

$181,142.14 is due on the Judgment as entered (Mogensen Steel Erectors, Inc.), and bears interest pursuant to 28 U.S.C. §1961 at 1.21% per annum, in the amount of $6.00 per day, from the date of judgment and continuing thereafter through the date of levy, to which must be added the accrued costs and fees and the fees and expenses of the U.S. Marshal executing this writ. Combined daily accrual: $19.34 per day.

The judgment debtors are jointly and severally liable, and the levying officer is authorized to collect the full balance from either or both debtors.

Notice by mail of the sale under the writ of execution ····· has or ····· ✓ Has not been requested. The following named persons have requested such notice of sale:

| NAME | ADDRESS |
|---|---|
| | |

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and cost as provided by law and your costs and disbursements out of the personal property of said debtors, except that for any period, 75 percent of the disposable earnings of the debtor during this period or for each week of the period 30 times the minimum hourly wage prescribed by section 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. §206(a)(1)], and in effect at the time the earnings are payable, whichever is greater, is exempt from any levy of execution pursuant to this writ, and if sufficient personal property cannot be found, then out of their real property; or if the Judgment be a lien upon real property, then out of the real property belonging to such debtors, and make return of this writ within not less than ten (10) days nor more than sixty (60) days after your receipt thereof with what you have done endorsed hereon.

Date: _____

U.S. Bankruptcy Court
Daniel S. Owens, Clerk of Court

_____
Deputy Clerk