Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Assignee/Judgment Creditor in Pro Per



RECEIVED
AND FILED
MAR 18 2026
U.S. BANKRUPTCY COURT
DANIEL S OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7** |
| LENARD E. SCHWARTZER, in his<br>capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br>v.<br>BRIAN MOGENSEN and<br>MOGENSEN STEEL ERECTORS, INC.,<br>Defendants. | **ADVERSARY PROCEEDING**<br>Case No.: BK-S-21-01179-ABL<br><br>**REQUEST FOR APPOINTMENT**<br>**OF PROCESS SERVER** |

TO THE HONORABLE COURT:

Russell J. Singer, as Assignee of Lenard E. Schwartzer, Chapter 7 Trustee (the "Judgment Creditor"),

respectfully requests that the Court issue an order appointing the individuals named below as private

process servers to serve writs of execution issued in this case, and states as follows:

1. On March 15, 2022, judgment was entered by this Court in favor of the Chapter 7 Trustee and against

Judgment Debtors Brian Mogensen and Mogensen Steel Erectors, Inc.

2. The judgment was assigned to Russell J. Singer pursuant to an Assignment of Judgment dated December 22, 2025.

3. Judgment Creditor intends to obtain writs of execution and pursue post-judgment enforcement remedies against property of the Judgment Debtors.

4. Pursuant to Fed. R. Civ. P. 4.1(a), Judgment Creditor requests the special appointment of the following individuals, each of whom is a Nevada Registered Process Server, to serve any writs of execution issued in this case:

**Samantha Curl**, Nevada Registered Process Server;

5. The specially appointed individuals are employed by Reno Carson Messenger Service, located at 185 Martin St, Reno, NV 89509, telephone (775) 322-2424. Each individual is over the age of eighteen (18), of suitable discretion, and not a party to this case.

6. The United States Marshal shall remain the levying officer for any writs of execution issued. Judgment Creditor will coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

7. Special appointment is necessary because the U.S. Marshal for the District of Nevada has limited resources for civil process and does not maintain sufficient staffing to execute private civil process without significant delay.

WHEREFORE, Judgment Creditor respectfully requests that the Court enter the proposed Order

Appointing Process Server submitted herewith.


Dated: March 16, 2026

RUSSELL J. SINGER
Judgment Creditor / Assignee, In Pro Per

Russell J. Singer
PO Box 485
Laguna Beach, California 92652
Telephone: (949) 280-4336
Email: russell@adobejudgmentcollections.com
Assignee/Judgment Creditor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>**WELSCORP, INC.**<br>Debtor. | Case No. BK-S-19-18056-ABL **(Lead Case)**<br><br>**Consolidated under BK-S-19-18056-ABL**<br>**Chapter 7** |
| LENARD E. SCHWARTZER, in his capacity as CHAPTER 7 TRUSTEE<br><br>Plaintiff,<br>v.<br>BRIAN MOGENSEN and MOGENSEN STEEL ERECTORS, INC.,<br>Defendants. | **ADVERSARY PROCEEDING**<br>Case No.: BK-S-21-01179-ABL<br><br>**[PROPOSED] ORDER APPOINTING PROCESS SERVER** |

The Court, having considered the Request for Appointment of Process Server filed by Russell J. Singer, as Assignee of Lenard E. Schwartzer, in his capacity as Chapter 7 Trustee (Judgment Creditor), and good cause appearing, hereby ORDERS:

1. The Request is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4.1(a), the following individuals are specially appointed to serve any writs of execution issued in this case:

      **Samantha Curl,** Nevada Registered Process Server;

3. The specially appointed individuals are employed by Reno Carson Messenger Service, located at 185 Martin St, Reno, NV 89509, telephone (775) 322-2424. They are over the age of eighteen (18), of suitable discretion, and not parties to this case.

4. The United States Marshal shall remain the levying officer for any writs of execution issued. Judgment Creditor shall coordinate with the U.S. Marshal and provide all necessary USM-285 forms and instructions upon issuance of writs of execution.

IT IS SO ORDERED.

Dated: _____

_____

UNITED STATES BANKRUPTCY JUDGE